# Exhibit D

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| INFONEURO GROUP, et al. *Plaintiff* v. AETNA LIFE INSURANCE COMPANY, et al. *Defendant* | ) ) ) ) ) ) | Civil Action No. 2:16-cv-05083-AB-JC |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Dr. Guven Uzun (c/o Craig B. Garner, Garner Health Law Corporation, 13274 Fiji Way, Suite 250, Marina del Rey, California 90292)

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Steptoe & Johnson LLP 633 West Fifth Street, Suite 700 Los Angeles, CA 90071 | Date and Time: 12/10/2018 9:00 am |
|---|---|

The deposition will be recorded by this method: stenographic

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/5/18

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

[signature]

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Aetna Life Insurance Company, who issues or requests this subpoena, are:

Jon Neumann, jneumann@steptoe.com, 213.439.9400; Lisa Petrovsky, lpetrovsky@steptoe.com, 213.439.9400; and ~~Catherine Cockerham, ccockerham@steptoe.com, 202.429.6438~~

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT 1
Uzun
12-10-18
PENGAD 800-631-6989

Civil Action No. 2:16-cv-05083-AB-JC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ______________ .

☐ I served the subpoena by delivering a copy to the named individual as follows: ______________
______________________________________________________________
______________________________________ on *(date)* ______________ ; or

☐ I returned the subpoena unexecuted because: ______________________________________
______________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit E

# State of California
## Secretary of State

S

**E-F42364**

**FILED**

In the office of the Secretary of State of the State of California

**Jun - 8 2011**

This Space For Filing Use Only

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

C2381800
INFONEURO GROUP, A MEDICAL CORPORATION
GLADYS HAPPER
PO BOX 12843
MARINA DEL REY CA 90295

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE

415 NORTH CRESCENT DRIVE, SUITE 220 BEVERLY HILLS CA 90210

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE

4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE

GLADYS HAPPER PO BOX 12843 MARINA DEL REY CA 90295

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

GUVEN UZUN PO BOX 12843 MARINA DEL REY, CA 90295

6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE

GUVEN UZUN PO BOX 12843 MARINA DEL REY, CA 90295

7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

GLADYS A HAPPER PO BOX 12843 MARINA DEL REY CA 90295

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

8. NAME | ADDRESS | CITY | STATE | ZIP CODE

GLADYS A HAPPER PO BOX 12843 MARINA DEL REY, CA 90295

9. NAME | ADDRESS | CITY | STATE | ZIP CODE

10. NAME | ADDRESS | CITY | STATE | ZIP CODE

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

GLADYS A HAPPER

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE

415 NORTH CRESCENT DRIVE, SUITE 220 BEVERLY HILLS, CA 90210

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

MEDICAL OFFICE

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/08/2011 | GLADYS A HAPPER | CFO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010) APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

**S**

## Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FX83601**

**FILED**

**In the office of the Secretary of State of the State of California**

**JUL-05 2018**

This Space for Filing Use Only

1. **CORPORATE NAME**
INFONEURO GROUP, A MEDICAL CORPORATION

2. **CALIFORNIA CORPORATE NUMBER**
C2381800

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE

6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE

[redacted]

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE

9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

10. NAME | ADDRESS | CITY | STATE | ZIP CODE

11. NAME | ADDRESS | CITY | STATE | ZIP CODE

12. NAME | ADDRESS | CITY | STATE | ZIP CODE

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/05/2018 | CRAIG GARNER | ATTORNEY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

# Exhibit F

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

INFONEURO GROUP, et. al.
*Plaintiff*
v.
AETNA LIFE INSURANCE COMPANY, et al.
*Defendant*

Civil Action No. 2:16-cv-05083-AB-JC

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Gladys Happer (c/o Craig B. Garner, Garner Health Law Corporation, 13274 Fiji Way, Suite 250, Marina del Rey, California 90292)

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Garner Health Law Corporation<br>13274 Fiji Way, Suite 250<br>Marina del Rey, CA 90292 | Date and Time:<br>12/11/2018 9:00 am |
|---|---|

The deposition will be recorded by this method: stenographic

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/5/18

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

[signature]
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Aetna Life Insurance Company, who issues or requests this subpoena, are:

Jon Neumann, jneumann@steptoe.com, 213.439.9400; Lisa Petrovsky, lpetrovsky@steptoe.com, 213.439.9400; and ~~Catherine Cockerham, ccockerham@steptoe.com, 202.429.6438~~

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT
tabbies
13 HAPPER
KLONE 12/11/18

Civil Action No. 2:16-cv-05083-AB-JC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ______________ .

☐ I served the subpoena by delivering a copy to the named individual as follows: ______________
______________________________________________ on *(date)* ______________ ; or

☐ I returned the subpoena unexecuted because: ______________________________________________
______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit G

# State of California
## Secretary of State

**S**

## Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F400357**

**FILED**

**In the office of the Secretary of State of the State of California**

**FEB-04 2015**

This Space for Filing Use Only

1. **CORPORATE NAME**
PLAYA ADVANCE URGENT CARE, INC.

2. **CALIFORNIA CORPORATE NUMBER**
C3548914

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
5450 LINCOLN BLVD, LOS ANGELES, CA 90094

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
5450 LINCOLN BLVD, LOS ANGELES, CA 90094

6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE
MS. GLADYS HAPPER 4712 ADMIRALTY WAY #930, LOS ANGELES, CA 90292

[redacted]

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
GLADYS ANNE HAPPER 4712 ADMIRALTY WAY #930, MARINA DEL REY, CA 90292

8. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
GLADYS ANNE HAPPER 4712 ADMIRALTY WAY #930, MARINA DEL REY, CA 90292

9. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
GLADYS ANNE HAPPER 4712 ADMIRALTY WAY #930, MARINA DEL REY, CA 90292

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

10. NAME — ADDRESS — CITY — STATE — ZIP CODE
GLADYS ANNE HAPPER 4712 ADMIRALTY WAY #930, MARINA DEL REY, CA 90292

11. NAME — ADDRESS — CITY — STATE — ZIP CODE

12. NAME — ADDRESS — CITY — STATE — ZIP CODE

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
GLADYS ANNE HAPPER

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE
5450 LINCOLN BLVD, MARINA DEL REY, CA 90292

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MEDICAL/URGENT CARE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 02/04/2015 | GLADYS ANNE HAPPER | MS. | |

# State of California

## Secretary of State

**S**

## Statement of Information

**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FX83601**

**FILED**

**In the office of the Secretary of State of the State of California**

**JUL-05 2018**

This Space for Filing Use Only

1. **CORPORATE NAME**
INFONEURO GROUP, A MEDICAL CORPORATION

2. **CALIFORNIA CORPORATE NUMBER**
C2381800

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | | |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

[redacted]

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | | | |
|---|---|---|---|---|
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** CITY STATE ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/05/2018 | CRAIG GARNER | ATTORNEY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

# Exhibit H

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

18-A84535

# FILED

In the office of the Secretary of State
of the State of California

MAR 05, 2018

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

PLAYA ADVANCE SURGICAL INSTITUTE, LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201229610288 | DELAWARE |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 5450 Lincoln Blvd | Los Angeles | CA | 90094 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 4712 Admiralty Way #930 | Marina del Rey | CA | 90292 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 4712 Admiralty Way #930 | Marina del Rey | CA | 90292 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Gladys | A | Happer | |
| b. Entity Name - Do not complete Item 5a | | | |
| | | | |
| c. Address | City (no abbreviations) | State | Zip Code |
| 4712 Admiralty Way #930 | Marina del Rey | CA | 90292 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Gladys | A | Happer | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 4712 Admiralty Way #930 | Marina del Rey | CA | 90292 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Outpatient Surgical Center

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Young | S | Yi | MD |
| b. Address | City (no abbreviations) | State | Zip Code |
| 5450 Lincoln Blvd | Los Angeles | CA | 90094 |

**9. The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 03/05/2018 | Gladys a Happer | CFO | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

# Exhibit I

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

___________________________

INFONEURO GROUP, a )
California Corporation, )
d.b.a. BEVERLY HILLS PAIN )
INSTITUTE & NEUROLOGY; )
PLAYA ADVANCED SURGICAL )
INSTITUTE, a California )
Corporation; PLAYA ADVANCE )
URGENT CARE, a California )
Corporation, )
Plaintiffs, )
vs. ) Case No.
AETNA LIFE INSURANCE ) 2:16-cv-05083-AB-JC
COMPANY; and Does 1 to 10, )
inclusive, )
Defendants. )
___________________________)

DEPOSITION OF GUVEN UZUN, M.D.

Los Angeles, California

Monday, December 10, 2018

REPORTED BY: Dayna Michelle Glaysher
CSR No. 13079, RPR, CRR No. 28081

PAGES 1 - 74

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

___________________________

INFONEURO GROUP, a )
California Corporation, )
d.b.a. BEVERLY HILLS PAIN )
INSTITUTE & NEUROLOGY; )
PLAYA ADVANCED SURGICAL )
INSTITUTE, a California )
Corporation; PLAYA ADVANCE )
URGENT CARE, a California )
Corporation, )
Plaintiffs, )
vs. ) Case No.
AETNA LIFE INSURANCE ) 2:16-cv-05083-AB-JC
COMPANY; and Does 1 to 10, )
inclusive, )
Defendants. )
____________________________)

Deposition of GUVEN UZUN, M.D., taken before Dayna Michelle Glaysher, a Certified Shorthand Reporter for the State of California, with principal office in the County of Los Angeles, commencing at 10:02 a.m., Monday, December 10, 2018, in the Law Offices of Steptoe & Johnson, LLP, 633 W. 5th Street, Suite 700, Los Angeles, California.

Q. And likewise, has InfoNeuro ever had contract directly with any insurance company third party payor?

A. Not that I know. I mean I'm pretty sure about InfoNeuro Group which was my practice, I didn't have contract with anyone. That I'm more sure about that than anything else, yeah.

(Whereupon, Deposition Exhibit 12 was marked for identification by the Certified Shorthand Reporter, a copy of which is attached hereto.)

And I'm going to actually ask you for a handwriting sample. So each one of these -- and you can do this before the court reporter leaves. But it just asks you to write your signature ten times and then there's instructions on each page. I'm asking you to do certain things in your own handwriting. So --

MR. GARNER: I guess the purpose for this is?

MR. NEUMANN: Well, there's allegations of forgeries in this case. And so we're entitled under Federal Civil Procedure 34 to obtain a sample of witness's handwriting.

MR. GARNER: I understand. But allegations as to him?

MR. NEUMANN: Allegations as to forgery. They're not made as to specific people.

MR. GARNER: And the allegations as to forgery are exactly?

MR. NEUMANN: They're stated in our counter claim.

MR. GARNER: Okay. Can you give me about two minutes off the record? I'll talk to him outside.

MR. NEUMANN: Sure.

(Discussion held off the record from 12:00 to 12:05.)

MR. GARNER: Back on the record.

MR. NEUMANN: Back on the record.

MR. GARNER: So in light of the fact that plaintiffs plan to dismiss any claims where there is an allegation that's not corroborated -- and I say not corroborated, where there's no authorization -- excuse

me -- assignment that is -- has been deemed to be suspicious, I'll use that term loosely, we're going to be withdrawing those claims on that basis.

I don't think that the counter claim would proceed. So therefore I'm going to instruct him not to produce any handwriting sample today.

MR. NEUMANN: Okay. Well, we have a right to maintain it's an affirmative cause of action because payment was made in excess of $400,000 on claims where we believe that the assignment of benefits form did not -- did not actually have the signature of the patient.

We have retained an expert on that point who has opined -- given us an opinion that that is correct, that their signatures were actually forged. And we have a right to maintain that as an affirmative cause of action in this case, regardless of whether or not you continue to maintain the cause of action for reimbursement of those claims.

So we believe under Rule 34 that it's proper to request a handwriting sample. This deposition, there's a -- there's numerous cases that support that proposition. And we'll hold the deposition open and move to compel if the witness won't provide one.

MR. GARNER: What I suggest is on this

because it's the first day what I'll do in good faith is I'll -- for tomorrow, at some point tonight I'll put together a letter giving more than what we're saying just now and then try -- keep this open and try to resolve that. If that's the last item remaining that's not going to take very long to complete, I'm assuming.

MR. NEUMANN: Yeah, that's -- that's basically all the questions I have for this witness today.

MR. GARNER: All right. So I mean at this point in time I'm not going to let him do it. However, I want to at least in good faith have a discussion with you knowing that we'll have it -- we'll have an -- you'll have a definitive answer from me.

And if obviously the answer is he'll do it I'll make sure that he is able to come back to do it. And I'll get that to you before tomorrow.

MR. NEUMANN: Okay. And I'll be asking the other two witnesses to do the same thing.

MR. GARNER: That's fine. I'll just assume that and I'll respond accordingly.

MR. NEUMANN: Okay.

MR. GARNER: I just want to make sure it's clear in good faith I'll do that.

***

I, GUVEN UZUN, M.D., do solemnly declare under penalty of perjury, under the laws of the State of California, that the foregoing is my deposition under oath; that these are the questions asked of me and my answers thereto; that I have read same and have made the necessary corrections, additions, or changes to my answers that I deem necessary.

In witness thereof, I hereby subscribe my name this day of ______________________, 2018.

___________________________________

GUVEN UZUN, M.D.

Certification of Court Reporter

Federal Jurat

I, the undersigned, a Certified Shorthand Reporter of the State of California do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

That before completion of the deposition, a review of the transcript [X] was [ ] was not requested.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name

Dated: December 19, 2018

Dayna Glaysher, CSR Number 13079

# Exhibit J

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
_________________________________

INFONEURO GROUP, a California )
Corporation, d.b.a. BEVERLY HILLS)
PAIN INSTITUTE & NEUROLOGY; PLAYA)
ADVANCED SURGICAL INSTITUTE, a )
California Corporation; PLAYA )
ADVANCE URGENT CARE, a )
California Corporation, )
Plaintiffs, )
vs. ) CASE NO. 2:16-CV-
AETNA LIFE INSURANCE COMPANY, ) 05063-AB-JC
Defendants. )
_________________________________)

CONFIDENTIAL TRANSCRIPT
DEPOSITION OF GLADYS N. HAPPER
MARINA DEL REY, CALIFORNIA
TUESDAY, DECEMBER 11, 2018

BY KIMBERLY M. LOWE
CSR NO. 12529
JOB NO. 3155467
PAGES 1 - 121

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

_________________________________

INFONEURO GROUP, a California )
Corporation, d.b.a. BEVERLY HILLS)
PAIN INSTITUTE & NEUROLOGY; PLAYA)
Advance SURGICAL INSTITUTE, a )
California Corporation; PLAYA )
ADVANCE URGENT CARE, a )
California Corporation, )
Plaintiffs, )
vs. ) CASE NO. 2:16-CV-
AETNA LIFE INSURANCE COMPANY, ) 05063-AB-JC
Defendants. )
_________________________________)

DEPOSITION OF GLADYS N. HAPPER, taken on behalf of the Defendants, at 13274 Fiji Way, Suite 250, Marina del Rey, California, beginning at 9:42 a.m., and ending at 1:14 p.m. on Tuesday, December 11, 2018, before Kimberly M. Lowe, Certified Shorthand Reporter No. 12529.

MR. NEUMANN: This is the handwriting exhibit that I asked Dr. Uzun to do yesterday. You instructed him not to.

BY MR. NEUMANN:

Q. And I'm also asking Ms. Happer to fill out that handwriting exhibit in accordance with Federal Rule of Civil Procedures 34.

MR. GARNER: And I'll give the same instructions subject to -- by the end of the deposition tomorrow, I'll -- I haven't done it yet, but I will get you the written instructions. I certainly understand you reserve your right to do what you got to do. Yeah.

MR. NEUMANN: I don't see any basis for you to instruct the witness not to answer. It's a proper request, Rule 34. We have a counterclaim in this matter for -- which include allegations of fraud -- forgery, and we're entitled to collect handwriting samples from the witnesses as a consequence.

MR. GARNER: Well, I'm still instructing her not to answer.

MR. NEUMANN: Okay.

MR. GARNER: I told you I'll give you a written response. I will.

PENALTY OF PERJURY CERTIFICATE

I hereby declare I am the witness in the within matter, that I have read the foregoing transcript and know the contents thereof; that I declare that the same is true to my knowledge, except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe them to be true.

I declare being aware of the penalties of perjury that the foregoing answers are true and correct.

Executed on the _____ day of _______________, ____,
at _________________________, _________________________.
(CITY) (STATE)

_______________________________
GLADYS N. HAPPER

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

I, KIMBERLY M. LOWE, do hereby certify:

That I am a duly qualified Certified Shorthand Reporter, in and for the State of California, holder of certificate number 12529, which is in full force and effect and that I am authorized to administer oaths and affirmations;

That the foregoing deposition testimony of the herein named witness was taken before me at the time and place herein set forth;

That prior to being examined, the witness named in the foregoing deposition, was duly sworn or affirmed by me, to testify the truth, the whole truth, and nothing but the truth;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision;

That the foregoing pages contain a full, true, and accurate record of the proceedings and testimony to the best of my skill and ability;

I further certify that I am not a relative or employee or attorney or counsel of any of the parties,

nor am I a relative or employee of such attorney or counsel, nor am I financially interested in the outcome of this action,

IN WITNESS WHEREOF, I have subscribed my name this 26th day of December 2018.



KIMBERLY M. LOWE, CSR NO. 12529

# Exhibit M

GT GreenbergTraurig

Jon T. Neumann
Tel 602.445.8411
Fax 602.445.8100
neumannj@gtlaw.com
Admitted in AZ, CA, NM and NV

May 13, 2020

**VIA EMAIL**

Steven D. Hunt
Law Offices of Steven D. Hunt
5252 Orange Avenue, Suite 203A
Cypress, California 90630
Email: shuntlaw@sbcglobal.net

Re: *Infoneuro Group, et al. v. Aetna Life Insurance Company*
Case No. 2:16-cv-05083-AB-JC (C.D. Cal.)

Dear Steven:

As you are aware, the current deadline to complete the Judicial Settlement Conference is June 19th and the non-expert discovery cut-off is August 28th. We understand from the Court's website that the courthouse is closed to the public until June 1st. We propose that the parties jointly contact Magistrate Judge Chooljian's chambers and ask that she reschedule the Judicial Settlement Conference after June 1st. If she is unwilling (or unable) to schedule an in-person conference, we propose that the parties ask her to set the Judicial Settlement Conference via video.

While we remain willing to try to settle this matter, we remain concerned that Dr. Uzun has completely unrealistic expectations regarding settlement and the strength of his position. Given our concerns as to your client's position and the lack of clarity as to when Magistrate Judge Chooljian will be able to reset the judicial settlement conference, we are writing to address three outstanding discovery issues, which are summarized in the following paragraphs and described more fully later in this letter.

**(1) Plaintiffs' failure to produce a knowledgeable Rule 30(b)(6) witness**

Plaintiffs designated Ms. Grace Khalifa as its Rule 30(b)(6) corporate representative to testify as to various topics listed in Defendant's Rule 30(b)(6) deposition notice to Plaintiffs. During the December 12, 2018 Rule 30(b)(6) deposition, Ms. Khalifa lacked knowledge as to various deposition topics and admitted that she did nothing to prepare herself to provide information on the

relevant topics. Aetna subsequently asked Plaintiffs to produce a witness who was properly educated and prepared to provide testimony regarding the 30(b)(6) topics for which Ms. Khalifa was designated to testify as the corporate representative. In the alternative, Aetna advised that it planned to take the deposition of the billing agent that Ms. Khalifa referenced as having relevant information. To date, Plaintiffs have failed to respond to Aetna's request.

**(2) Plaintiffs' failure to comply with the Magistrate Judge's November 28, 2018 Order**

After Aetna previously moved to compel, the Magistrate Judge entered an order on November 28, 2018, directing Plaintiffs to provide, by December 5, 2018, supplemental responses to Aetna's Third Set of Requests for Production, which sought documents relevant to Aetna's claim for punitive damages. To date, Plaintiffs have not fully complied with the Court's Order. These failures include the withholding of responsive documents referenced by witnesses during their depositions as well as the withholding of other responsive documents that are the subject of the Court's order. Despite Aetna's efforts to meet and confer on this issue, Plaintiffs still have not complied with the Magistrate Judge's order.

**(3) Plaintiffs' refusal to provide handwriting exemplars requested during discovery**

Aetna attempted to take handwriting samples from three fact witnesses, Dr. Guven Uzun, Ms. Gladys Happer, and Ms. Grace Khalifa, at their depositions on December 10, 2018, December 11, 2018, and December 12, 2018, respectively. Plaintiffs' counsel of record at that time objected to the request for handwriting samples and directed the witnesses not to provide the requested handwriting exemplars. After meeting and conferring on the issue, Plaintiffs' counsel represented that Plaintiffs would produce two of the requested handwriting exemplars by January 22, 2019. To date, Plaintiffs have not provided any of the requested handwriting exemplars.

Because the stay on discovery is no longer in place and the scheduling order currently provides for an August 28, 2020 fact discovery deadline, we would like to resolve these issues as soon as possible given the circumstances. In light of complications arising out of the COVID-19 pandemic, we understand that it may be difficult to immediately resolve all of the items addressed herein. So, at minimum, we need to know Plaintiffs' position regarding these issues so that we can determine whether Court intervention will be necessary. ***We therefore request that Plaintiffs provide a substantive response to this letter by May 22, 2020 so that we can assess next steps.***

The remainder of this letter provides a more fulsome discussion of the discovery disputes at issue.

**I. <u>Plaintiffs must comply with Rule 30(b)(6)</u>**

As referenced above, Plaintiffs designated Ms. Grace Khalifa as its Rule 30(b)(6) corporate representative to testify as to various topics listed in Aetna's Rule 30(b)(6) deposition notice to Plaintiffs, attached hereto as Exhibit 1. As she admitted during the December 12, 2018 deposition, she did nothing to prepare herself to provide information on those topics. "[T]he law is well-established that a 30(b)(6) deponent does have an affirmative obligation to educate [her]self as to the matters regarding the corporation." *Bd. Of Trustees of Leland Stanford Junior Univ. v. Tyco Int'l Ltd.*, 253 F.R.D. 524, 526 (C.D. Cal. 2008). Indeed,

> Rule 30(b)(6) explicitly requires a company to have persons testify on its behalf as to all matters known *or reasonably available to it* and, therefore, implicitly requires persons to review all matters known or reasonably available to it in preparation for the 30(b)(6) deposition. This interpretation is necessary in order to make the deposition a meaningful one and to prevent the "sandbagging" of an opponent by conducting a half-hearted inquiry before the deposition but a thorough and vigorous one before the trial.

*Id*. (emphasis added). The information about pricing, billing, collections, claim appeals, and Plaintiffs' alleged damages, among other topics, held by Plaintiffs' own principals—namely, Gladys Happer—and Plaintiffs' own billing agents was reasonably available to Ms. Khalifa. Yet, as she testified, she failed to speak with Ms. Happer or make even one phone call to any of the three billing agents to prepare for her testimony. Moreover, it was clear from Ms. Happer's deposition testimony that she lacked information on these subjects, and it was equally clear that she could have obtained relevant information from the billing agents. In fact, Ms. Happer testified that a billing agent provided the revised claim chart (or at least the information in the chart) that is the basis for Plaintiffs' purported damages in this matter.

Rule 37(d) allows for the imposition of sanctions if "a person designated under Rule 30(b)(6) … fails, after being served with proper notice, to appear for that person's deposition." And "[p]roducing an unprepared witness is tantamount to a failure to appear at a deposition." *City of Rialto v. U.S. Dep't of Def.*, 2008 WL 11343439, at *4 (C.D. Cal. Feb. 25, 2008). "[T]he mere fact that a party later has [an] opportunity to again depose the representative does not cure the initial inadequacy of the witness." *Id*. It is therefore our position that Ms. Khalifa's failure to prepare already exposes Plaintiffs to an award of our costs in taking her deposition.

Aetna again requests that Plaintiffs forthwith produce a witness who is properly educated and prepared to provide testimony regarding the 30(b)(6) topics. ***<u>By May 22, 2020, please identify the witness(es) that Plaintiffs will designate and provide dates that the witness(es) are available for</u>***

***deposition in June or July.*** If Plaintiffs fail to do so, Aetna intends to subpoena and depose the third-party billing company identified during Ms. Khalifa's deposition.[1]

## II. Plaintiffs must comply with the Magistrate's November 28, 2018 Order

The Magistrate Judge's November 28, 2018 Order (Dkt. 93, attached hereto as Exhibit 2) ("11/28/18 Order") relates to Aetna's Third Set of RFPs, which seek documents relevant to the assessment of the Counterclaim's prayer for punitive damages. The 11/28/18 Order directed Plaintiffs to provide supplemental responses to this discovery and responsive documents in their possession, custody or control by December 5, 2018. Upon review of the supplemental responses and production (attached as Exhibit 3), and the outcome of the 30(b)(6) depositions, it is evident that Plaintiffs have in fact not complied with the 11/28/18 Order. ***Aetna seeks Plaintiffs' agreement that it will fully comply with the 11/28/18 Order, as detailed below, by May 22, 2020, and production of the remaining documents no later than May 29, 2020***. If Plaintiffs do not comply by these dates, Aetna will seek appropriate relief, including sanctions and attorney's fees.

The 11/28/18 Order emphasized that "a complained against party's net worth and financial condition are relevant and admissible to establish the appropriate amount of punitive damages." 11/28/18 Order at 7. The Court then concluded that because Aetna's Counterclaim seeks punitive damages, evidence regarding the current financial condition and net worth of plaintiffs/counter-defendants is relevant and must be produced by Plaintiffs. *Id.* at 8-9.

In that regard, the Court ordered Plaintiffs to produce documents responsive to the at-issue RFPs, as narrowed by the Court's 11/28/18 Order. Specifically, the Court ordered Plaintiffs to produce the following documents in their possession, custody, or control during the period of **December 1, 2016 to the present**:

- All net worth statements, financial statements, and any other documents reflecting each Plaintiff's financial condition, prepared by, for, or on behalf of any Plaintiff (RFP 28).

- All documents sufficient to reflect the account number(s) and balances of all financial accounts held by any plaintiff, including savings, checking, annuities, mutual, stock and bond funds (RFP 29).

- All documents sufficient to identify any real property in which any plaintiff has had an ownership interest and documents sufficient to reflect the value of any such real property and interest (RFP 30).

- All documents sufficient to identify any property of any plaintiff/in which any plaintiff has had an ownership interest which is/has been held by a third party, and

[1] Aetna reserves the right to take the deposition of a representative of the third-party billing company if the 30(b)(6) deponent cannot provide fulsome answers to Aetna's inquiries.

any such third party, and sufficient to reflect the nature and value of any such property or interest (RFP 34).

- All documents sufficient to identify all loans and/or mortgages owed to or by any plaintiff and the person/entity who owes/is owed such loans/mortgages, and sufficient to reflect the value of any such loans and/or mortgages (RFP 35).

- All documents sufficient to identify any of the following assets in which any plaintiff has had an ownership interest, and sufficient to reflect the value thereof during the same time period: accounts receivable(s), inventory, motor vehicles, watercrafts, judgments against third parties, rents receivable, intellectual property and insurance policies (RFP 36).

- All documents sufficient to identify and locate any safe or safe deposit box used by any plaintiff and sufficient to reflect the contents thereof (RFP 37).

- All documents sufficient to reflect the details (e.g., identity of parties, date/nature/amount of transfer, account/routing information) of all transfers of $1000 or more to/from each plaintiff (RFP 38).

In response to the Court's unambiguous 11/28/18 Order, Plaintiffs produced only a set of heavily redacted bank statements. As explained below, these redacted statements do not provide information sufficient to allow Aetna to determine the current financial condition and net worth of Plaintiffs and do not comply with the Court's 11/28/18 Order.

**a. <u>Bank Statements</u>**

The Court ordered Plaintiffs to produce all documents reflecting the account number and balances of bank accounts held by any Plaintiff. While Plaintiffs produced certain bank statements, the following statements appear to be missing:

- InfoNeuro: December 2016 statement for Wells Fargo Business Choice Checking 7821

- Playa Surgical: May 2017 statements to current for Wells Fargo Gold Business Services Package/Business Choice Checking 0288

- Playa Urgent Care: November 2017 statements and all 2018 statements (except for September 2018) for the following accounts:
  - Chase Business Select High Yield Saving 8829;
  - Chase Total Business Checking 1836;
  - Wells Fargo Business Choice Checking 0366; and
  - Wells Fargo Business Market Rate Savings 1923.

***Please confirm by May 22nd that Plaintiffs will produce the missing statements by May 29, 2020.***

**b. Transfers of $1,000 or More to/from Each Plaintiff**

The 11/28/18 Order clearly directs Plaintiffs to produce all documents sufficient to reflect the details of all transfers of $1,000 or more to/from each Plaintiff during the period of December 1, 2016 to present. The information ordered to be produced includes the "identity of the parties, date/nature/amount of transfer, accounting/routing information." While the bank statements that Plaintiffs produced show various deposits and withdrawals into and out of Plaintiffs' various bank accounts, all information related to those transfers has been redacted, rendering them useless for the purpose of detailing such transfers. ***Aetna requests that Plaintiffs confirm by May 22nd that they will re-produce these statements in an unredacted form by May 29, 2020***, such that all transfers of $1,000 or more are unredacted to display the identity of parties involved in each transfer, the nature of each transfer, and the accounting/routing information, in accordance with the 11/28/18 Order.

**c. Net Income of Each Plaintiff**

The Magistrate Judge ordered Plaintiffs to produce *all* documents in their possession, custody, or control, for the period of December 1, 2016 to the present, responsive to Aetna's RFP 28. This encompasses all net worth statements, financial statements, and *any other documents reflecting each Plaintiff's financial condition*, prepared by, for, or on behalf of any Plaintiff, including but not limited to any and all of annual and periodic financial statements (including without limitation, all annual reports, balance sheets, statements of income, profit and loss statements, statements of cash flows, lists of general and administrative expenses and computations of adjusted net worth, financial ledgers), loan applications, credit applications, and refinancing applications.

During her deposition, Ms. Happer testified that there is information (in addition to bank statements) from which Aetna could calculate the net income for each of the Plaintiffs, including various "financial documents," including credit card statements and … deposits and … receipts"— information which Ms. Happer said that she could obtain. *See, e.g.,* Happer Tr. 88:18-89:89. Yet, none of this information has been produced, in direct violation of the 11/28/18 Order. ***Please confirm by May 22nd that Plaintiffs will produce all documents reflecting each Plaintiff's financial condition and all documents from which each of Plaintiffs' net worth can be computed, including the materials referenced by Ms. Happer at her deposition, by May 29, 2020.***

**III. Pursuant to Rule 34, Plaintiffs must provide handwriting exemplars**

As explained above, Aetna attempted to take handwriting samples from three fact witnesses, Dr. Guven Uzun, Ms. Gladys Happer, and Ms. Grace Khalifa, at their depositions but Plaintiffs' counsel directed the witnesses not to complete the exemplars. Despite subsequent assurances from

counsel that at least two of the three[2] handwriting exemplars would be provided, Plaintiffs have failed to provide any samples.

Plaintiffs are required to provide these handwriting exemplars pursuant to FRCP 34(a)(1) which states that tangible things may be inspected, photographed, and subjected to testing or sampling. FRCP 34(a)(1). The term "tangible thing" is given a common-sense interpretation to cover any form of physical evidence, including handwriting exemplars. *Wilstein v. San Tropai Condominium Master Ass'n* (ND IL 1999) (a party may be compelled to provide handwriting exemplars and fingerprints pursuant to FRCP 34). Also, FRCP 34(c) states that a person not a party to the action may be compelled to produce documents and things or to submit to an inspection as provided by Rule 45.

Ample authority supports discovery of handwriting samples in analogous contexts. *See Harris v. Athol-Royalston Reg'l Sch. Dist. Comm.*, 200 F.R.D. 18, 20-21 (D. Mass. 2001) (holding that production of handwriting samples is consistent with the Federal Rules); *Wilstein v. San Tropai Condo. Master Ass'n*, 189 F.R.D. 371, 381-83 (N.D. Ill. 1999) (finding "the submission of handwriting exemplars is relevant and may lead to the discovery of admissible evidence," and subsequently ordering "a handwriting expert must design the procedure for taking and comparing the handwriting exemplars"); *Beare v. Millington*, No. 07-CV-3391 (ERK) (MDG), 2010 WL 234771, at *2 (E.D.N.Y. Jan. 13, 2010) ("I find that an analysis of handwriting exemplars of [a non-party] is relevant to discovering the circumstances surrounding the ... issue in this case.... [The non-party] must provide handwriting exemplars according to the procedure designed by plaintiff's expert."); *Dalmau v. Viacao Aera Rio-Grandense, S.A.*, No. 03-22440-CIV-HUCK, 2004 WL 1497555, at *1-2 (S.D. Fla. June 29, 2004) (observing that "courts have regularly embraced" the proposition that "a witness [may] be asked to write exemplars at a deposition"); *Kalfas v. E.F. Hutton & Co., Inc.*, No. CV-86-3414, 1987 WL 10831, at *8-9 (E.D.N.Y. Apr. 30, 1987) (noting that a party would be required to provide handwriting samples and create handwriting exemplars where plaintiff challenged the authenticity of her signature on a customer investment account).

Attached please find the affidavits and handwriting sample that we are requesting Dr. Uzun, Ms. Happer, and Ms. Khalifa complete **in the presence of a notary public**, as indicated in each document. ***We request that Plaintiffs provide assurance that the witnesses will complete and return the original, completed affidavits and exhibits to us by May 29, 2020.***[3] If the affidavits and handwriting samples are not received by said date, Aetna will move to compel the completion of the samples in accordance with Rule 34.

[2] Aetna never agreed that Plaintiffs could produce only two of the three requested samples, and demands that exemplars be provided for all three witnesses.

[3] While we believe that the handwriting samples can be taken in accordance with appropriate social distancing guidelines, please let us know if additional time will be required to complete the samples.

Nothing herein is intended to waive any right, and all rights and remedies are expressly reserved, including but not limited to the right to reopen any deposition (or notice new depositions) based on the additional documents that are produced.

**We look forward to Plaintiffs' response by May 22, 2020**. Please advise if you have any questions or would like to set up a call to discuss these issues.

Very truly yours,

GREENBERG TRAURIG, LLP

Jon T. Neumann

JTN:djl

# Exhibit N

Jon T. Neumann (277331)
Email: neumannj@gtlaw.com
Lisa M. Petrovsky (239539)
Email: petrovskyl@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant Aetna Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infoneuro Group, a California Corporation, d.b.a. Beverly Hills Pain Institute & Neurology; Playa Advanced Surgical Institute, a California Corporation; Playa Advance Urgent Care, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Aetna Life Insurance Company; and Does 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-05083-AB-JC<br><br>**AFFIDAVIT OF GLADYS HAPPER** |

# AFFIDAVIT OF GLADYS HAPPER

STATE OF CALIFORNIA )
) ss
County of Los Angeles )

Being first duly sworn, I, Gladys Happer, on my oath, state as follows:

1. I am of legal age and a resident of the State of California.

2. I have personal knowledge of the facts stated here, and I could and would testify competently to them if asked to do so.

3. On this day, I completed and signed, in my own handwriting, the thirty-page Handwriting Exhibit that is attached to this Affidavit as Exhibit A.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

______________________________
Gladys Happer

SUBSCRIBED AND SWORN TO before me this _____ day of ________, 2020, by Gladys Happer, who proved to me with satisfactory evidence to be the person who appeared before me.

______________________________
Notary Public (Notary Public Seal)

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

STATE OF CALIFORNIA )
) ss
County of Los Angeles )

On this ___ day of __________, 2020, before me, ______________________, personally appeared Gladys Happer, who proved to me with satisfactory evidence to be the person whose name is subscribed to the attached Handwriting Exhibit, and acknowledged to me that she executed the same by her hand.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

________________________________
Notary Public (Notary Public Seal)

# Exhibit A

# HANDWRITING EXHIBIT

**Write Signature**

1. ______________________________

2. ______________________________

3. ______________________________

4. ______________________________

5. ______________________________

6. ______________________________

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

Sign: ______________________________ Date: ________________

**Print Name**

1. ______________________________

2. ______________________________

3. ______________________________

4. ______________________________

5. ______________________________

6. ______________________________

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

Sign: ______________________________ Date: ____________________

**Write Alphabet (A-Z) in UPPERCASE (in Print)**

1. ________________________________________

2. ________________________________________

**Write Alphabet (A-Z) in UPPERCASE (in Cursive)**

1. ________________________________________

2. ________________________________________

**Write Alphabet (a-z) in lowercase (in Print)**

1. ________________________________________

2. ________________________________________

**Write Alphabet (a-z) in lowercase (in Cursive)**

1. ________________________________________

2. ________________________________________

Sign: ________________________ Date: ____________

**Write Numbers (0-12)**

1. ______________________________

2. ______________________________

3. ______________________________

4. ______________________________

5. ______________________________

6. ______________________________

Sign: ______________________ Date: ______________

**Write "Faisal Alharbi" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Faisal Alharbi" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Nawaf Alotaibi" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Nawaf Alotaibi" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Abdullah Alrefaei" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Abdullah Alrefaei" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ____________

**Write "Muhannad Alshammari" (in Print)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

**Write "Muhannad Alshammari" (in Cursive)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

Sign: ______________________________ Date: ________________

**Write "Sultan Alsuwaidi" (in Print)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

**Write "Sultan Alsuwaidi" (in Cursive)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

Sign: ______________________________ Date: ____________________

**Write "Ammar Bamutraf" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Ammar Bamutraf" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Logan Caraballo" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Logan Caraballo" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Corey Greathouse" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Corey Greathouse" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Ahmad Hafedh" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Ahmad Hafedh" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Jo Dee Hanselmann" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Jo Dee Hanselmann" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Ian Harris" (in Print)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

**Write "Ian Harris" (in Cursive)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

Sign: ______________________ Date: ______________

**Write "Michael Holsonbake" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Michael Holsonbake" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Dedra Howard" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Dedra Howard" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Maurice Hull" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Maurice Hull" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Brandon Kluzniak" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Brandon Kluznaik" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "David Lopez" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "David Lopez" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Scott Macrillo" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Scott Macrillo" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ____________________ Date: ______________

**Write "Guadalupe Melendrez" (in Print)**

7. ______________________________________________

8. ______________________________________________

9. ______________________________________________

10. ______________________________________________

11. ______________________________________________

12. ______________________________________________

**Write "Guadalupe Melendrez" (in Cursive)**

7. ______________________________________________

8. ______________________________________________

9. ______________________________________________

10. ______________________________________________

11. ______________________________________________

12. ______________________________________________

Sign: ______________________________ Date: ________________

**Write "Jacob Razo" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Jacob Razo" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Russel Rylee" (in Print)**

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________
6. ________________________________________

**Write "Russel Rylee" (in Cursive)**

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________
6. ________________________________________

Sign: ______________________________ Date: __________________

**Write "Icilda Sanford" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Icilda Sanford" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Daniel Siewers" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Daniel Siewers" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Joshua Tai" (in Print)**

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________
6. ________________________________________

**Write "Joshua Tai" (in Cursive)**

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________
6. ________________________________________

Sign: ______________________________ Date: _______________

**Write "Steven Ward" (in Print)**

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________
6. ________________________________________

**Write "Steven Ward" (in Cursive)**

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________
6. ________________________________________

Sign: ____________________________ Date: _______________

**Write "David Wiggins" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "David Wiggins" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Honor Zimmerman" (in Print)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

**Write "Honor Zimmerman" (in Cursive)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

Sign: ______________________________ Date: __________

Jon T. Neumann (277331)
Email: neumannj@gtlaw.com
Lisa M. Petrovsky (239539)
Email: petrovskyl@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant Aetna Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infoneuro Group, a California Corporation, d.b.a. Beverly Hills Pain Institute & Neurology; Playa Advanced Surgical Institute, a California Corporation; Playa Advance Urgent Care, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Aetna Life Insurance Company; and Does 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-05083-AB-JC<br><br>**AFFIDAVIT OF GRACE KHALIFA** |

# AFFIDAVIT OF GRACE KHALIFA

STATE OF CALIFORNIA )
) ss
County of Los Angeles )

Being first duly sworn, I, Grace Khalifa, on my oath, state as follows:

1. I am of legal age and a resident of the State of California.

2. I have personal knowledge of the facts stated here, and I could and would testify competently to them if asked to do so.

3. On this day, I completed and signed, in my own handwriting, the thirty-page Handwriting Exhibit that is attached to this Affidavit as Exhibit A.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

______________________________
Grace Khalifa

SUBSCRIBED AND SWORN TO before me this _____ day of ________, 2020, by Grace Khalifa, who proved to me with satisfactory evidence to be the person who appeared before me.

______________________________
Notary Public (Notary Public Seal)

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

STATE OF CALIFORNIA )
) ss
County of Los Angeles )

On this ___ day of __________, 2020, before me, ________________________, personally appeared Grace Khalifa, who proved to me with satisfactory evidence to be the person whose name is subscribed to the attached Handwriting Exhibit, and acknowledged to me that she executed the same by her hand.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

________________________________
Notary Public (Notary Public Seal)

# Exhibit A

# HANDWRITING EXHIBIT

**Write Signature**

1. ______________________________

2. ______________________________

3. ______________________________

4. ______________________________

5. ______________________________

6. ______________________________

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

Sign: ______________________________ Date: ____________________

**Print Name**

1. ______________________________________

2. ______________________________________

3. ______________________________________

4. ______________________________________

5. ______________________________________

6. ______________________________________

7. ______________________________________

8. ______________________________________

9. ______________________________________

10. ______________________________________

Sign: ______________________________________ Date: ___________________

**Write Alphabet (A-Z) in UPPERCASE (in Print)**

1. ______________________________________________

______________________________________________

2. ______________________________________________

______________________________________________

**Write Alphabet (A-Z) in UPPERCASE (in Cursive)**

1. ______________________________________________

______________________________________________

2. ______________________________________________

______________________________________________

**Write Alphabet (a-z) in lowercase (in Print)**

1. ______________________________________________

______________________________________________

2. ______________________________________________

______________________________________________

**Write Alphabet (a-z) in lowercase (in Cursive)**

1. ______________________________________________

______________________________________________

2. ______________________________________________

______________________________________________

Sign: ______________________________ Date: ________________

**Write Numbers (0-12)**

1. __________________________________________________
2. __________________________________________________
3. __________________________________________________
4. __________________________________________________
5. __________________________________________________
6. __________________________________________________

Sign: ________________________________ Date: ________________

**Write "Faisal Alharbi" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Faisal Alharbi" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Nawaf Alotaibi" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Nawaf Alotaibi" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Abdullah Alrefaei" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Abdullah Alrefaei" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Muhannad Alshammari" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Muhannad Alshammari" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ____________

**Write "Sultan Alsuwaidi" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Sultan Alsuwaidi" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Ammar Bamutraf" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Ammar Bamutraf" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Logan Caraballo" (in Print)**

1. __________________________________________
2. __________________________________________
3. __________________________________________
4. __________________________________________
5. __________________________________________
6. __________________________________________

**Write "Logan Caraballo" (in Cursive)**

1. __________________________________________
2. __________________________________________
3. __________________________________________
4. __________________________________________
5. __________________________________________
6. __________________________________________

Sign: ______________________________ Date: _______________

**Write "Corey Greathouse" (in Print)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

**Write "Corey Greathouse" (in Cursive)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

Sign: ______________________________ Date: ______________

**Write "Ahmad Hafedh" (in Print)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

**Write "Ahmad Hafedh" (in Cursive)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

Sign: ______________________________ Date: ____________________

**Write "Jo Dee Hanselmann" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Jo Dee Hanselmann" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Ian Harris" (in Print)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

**Write "Ian Harris" (in Cursive)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

Sign: ______________________ Date: ______________

**Write "Michael Holsonbake" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Michael Holsonbake" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Dedra Howard" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Dedra Howard" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ____________

**Write "Maurice Hull" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Maurice Hull" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Brandon Kluzniak" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Brandon Kluznaik" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "David Lopez" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "David Lopez" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Scott Macrillo" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Scott Macrillo" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ____________

**Write "Guadalupe Melendrez" (in Print)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

**Write "Guadalupe Melendrez" (in Cursive)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Jacob Razo" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Jacob Razo" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Russel Rylee" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Russel Rylee" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Icilda Sanford" (in Print)**

1. ____________________________________________
2. ____________________________________________
3. ____________________________________________
4. ____________________________________________
5. ____________________________________________
6. ____________________________________________

**Write "Icilda Sanford" (in Cursive)**

1. ____________________________________________
2. ____________________________________________
3. ____________________________________________
4. ____________________________________________
5. ____________________________________________
6. ____________________________________________

Sign: ________________________________ Date: ________________

**Write "Daniel Siewers" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Daniel Siewers" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Joshua Tai" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Joshua Tai" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Steven Ward" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Steven Ward" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "David Wiggins" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "David Wiggins" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Honor Zimmerman" (in Print)**

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________
6. ________________________________________

**Write "Honor Zimmerman" (in Cursive)**

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________
6. ________________________________________

Sign: ________________________________ Date: ___________

Jon T. Neumann (277331)
Email: neumannj@gtlaw.com
Lisa M. Petrovsky (239539)
Email: petrovskyl@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant Aetna Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infoneuro Group, a California Corporation, d.b.a. Beverly Hills Pain Institute & Neurology; Playa Advanced Surgical Institute, a California Corporation; Playa Advance Urgent Care, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Aetna Life Insurance Company; and Does 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-05083-AB-JC<br><br>**AFFIDAVIT OF DR. GUVEN UZUN** |

**AFFIDAVIT OF DR. GUVEN UZUN**

STATE OF CALIFORNIA )
) ss
County of Los Angeles )

Being first duly sworn, I, Dr. Guven Uzun, on my oath, state as follows:

1. I am of legal age and a resident of the State of California.

2. I have personal knowledge of the facts stated here, and I could and would testify competently to them if asked to do so.

3. On this day, I completed and signed, in my own handwriting, the thirty-page Handwriting Exhibit that is attached to this Affidavit as Exhibit A.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

______________________________
Dr. Guven Uzun

SUBSCRIBED AND SWORN TO before me this _____ day of __________, 2020, by Dr. Guven Uzun, who proved to me with satisfactory evidence to be the person who appeared before me.

______________________________
Notary Public (Notary Public Seal)

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

STATE OF CALIFORNIA )
) ss
County of Los Angeles )

On this ___ day of ____________, 2020, before me, _______________________, personally appeared Dr. Guven Uzun, who proved to me with satisfactory evidence to be the person whose name is subscribed to the attached Handwriting Exhibit, and acknowledged to me that he executed the same by his hand.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

_______________________________

Notary Public (Notary Public Seal)

# Exhibit A

# HANDWRITING EXHIBIT

**Write Signature**

1. ______________________________

2. ______________________________

3. ______________________________

4. ______________________________

5. ______________________________

6. ______________________________

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

Sign: ______________________________ Date: __________________

**Print Name**

1. ______________________________________

2. ______________________________________

3. ______________________________________

4. ______________________________________

5. ______________________________________

6. ______________________________________

7. ______________________________________

8. ______________________________________

9. ______________________________________

10. ______________________________________

Sign: ______________________________________ Date: ___________________

**Write Alphabet (A-Z) in UPPERCASE (in Print)**

1. ______________________________________________________________

______________________________________________________________

2. ______________________________________________________________

______________________________________________________________

**Write Alphabet (A-Z) in UPPERCASE (in Cursive)**

1. ______________________________________________________________

______________________________________________________________

2. ______________________________________________________________

______________________________________________________________

**Write Alphabet (a-z) in lowercase (in Print)**

1. ______________________________________________________________

______________________________________________________________

2. ______________________________________________________________

______________________________________________________________

**Write Alphabet (a-z) in lowercase (in Cursive)**

1. ______________________________________________________________

______________________________________________________________

2. ______________________________________________________________

______________________________________________________________

Sign: ________________________________ Date: ________________

**Write Numbers (0-12)**

1. ____________________________________________________________________
2. ____________________________________________________________________
3. ____________________________________________________________________
4. ____________________________________________________________________
5. ____________________________________________________________________
6. ___________________________________________________________________

Sign: ____________________________________ Date: __________________

**Write "Faisal Alharbi" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Faisal Alharbi" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Nawaf Alotaibi" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Nawaf Alotaibi" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Abdullah Alrefaei" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Abdullah Alrefaei" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Muhannad Alshammari" (in Print)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

**Write "Muhannad Alshammari" (in Cursive)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

Sign: ________________________________ Date: ________________

**Write "Sultan Alsuwaidi" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Sultan Alsuwaidi" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Ammar Bamutraf" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Ammar Bamutraf" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Logan Caraballo" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Logan Caraballo" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Corey Greathouse" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Corey Greathouse" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Ahmad Hafedh" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Ahmad Hafedh" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Jo Dee Hanselmann" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Jo Dee Hanselmann" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Ian Harris" (in Print)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

**Write "Ian Harris" (in Cursive)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

Sign: ______________________ Date: ______________

**Write "Michael Holsonbake" (in Print)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

**Write "Michael Holsonbake" (in Cursive)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

Sign: ______________________________ Date: ____________________

**Write "Dedra Howard" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Dedra Howard" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Maurice Hull" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Maurice Hull" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Brandon Kluzniak" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Brandon Kluznaik" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "David Lopez" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "David Lopez" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ____________

**Write "Scott Macrillo" (in Print)**

1. ______________________________________________________________
2. ______________________________________________________________
3. ______________________________________________________________
4. ______________________________________________________________
5. ______________________________________________________________
6. ______________________________________________________________

**Write "Scott Macrillo" (in Cursive)**

1. ______________________________________________________________
2. ______________________________________________________________
3. ______________________________________________________________
4. ______________________________________________________________
5. ______________________________________________________________
6. ______________________________________________________________

Sign: ____________________________ Date: ______________

**Write "Guadalupe Melendrez" (in Print)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

**Write "Guadalupe Melendrez" (in Cursive)**

7. ______________________________

8. ______________________________

9. ______________________________

10. ______________________________

11. ______________________________

12. ______________________________

Sign: ______________________ Date: ______________

**Write "Jacob Razo" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Jacob Razo" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write “Russel Rylee” (in Print)**

1. ____________________________________________________________
2. ____________________________________________________________
3. ____________________________________________________________
4. ____________________________________________________________
5. ____________________________________________________________
6. ___________________________________________________________

**Write “Russel Rylee” (in Cursive)**

1. ____________________________________________________________
2. ____________________________________________________________
3. ____________________________________________________________
4. ____________________________________________________________
5. ____________________________________________________________
6. ___________________________________________________________

Sign: ____________________________________ Date: __________________

**Write "Icilda Sanford" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Icilda Sanford" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Daniel Siewers" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Daniel Siewers" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "Joshua Tai" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Joshua Tai" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________ Date: ______________

**Write "Steven Ward" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "Steven Ward" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: ____________________

**Write "David Wiggins" (in Print)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

**Write "David Wiggins" (in Cursive)**

1. ______________________________
2. ______________________________
3. ______________________________
4. ______________________________
5. ______________________________
6. ______________________________

Sign: ______________________________ Date: __________________

**Write "Honor Zimmerman" (in Print)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

**Write "Honor Zimmerman" (in Cursive)**

1. ______________________________________________
2. ______________________________________________
3. ______________________________________________
4. ______________________________________________
5. ______________________________________________
6. ______________________________________________

Sign: ______________________________ Date: __________

# Exhibit O

**From:** Neumann, Jon T. (Shld-PHX-LT)
**Sent:** Friday, May 29, 2020 5:51 AM
**To:** Steven Hunt
**Cc:** Petrovsky, Lisa M. (OfCnl-LA-LT); Linn, Diane J. (Secy-PHX-LT)
**Subject:** FW: Infoneuro Group, et al. v. Aetna
**Attachments:** 2020.05.13 Meet and Confer Letter to Steven D. Hunt with Exhibits.pdf; Affidavit of G. Happer.pdf; Affidavit of G. Uzun.pdf; Affidavit of G. Khalifa.pdf

Steve:

We need a response to the attached letter or we are going to have no option but to seek intervention from the Court.

**Jon T. Neumann**
Shareholder
Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

---

**From:** Linn, Diane J. (Secy-PHX-LT)
**Sent:** Wednesday, May 13, 2020 1:50 PM
**To:** shuntlaw@sbcglobal.net
**Cc:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>; Petrovsky, Lisa M. (OfCnl-LA-LT) <petrovskyl@gtlaw.com>
**Subject:** Infoneuro Group, et al. v. Aetna

Mr. Hunt:

Please see the attached letter and enclosures from Jon Neumann.

Thank you,

**Diane J. Linn**
Legal Secretary

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T +1 602.445.8441
linnd@gtlaw.com | www.gtlaw.com

# Exhibit P

**From:** Neumann, Jon T. (Shld-PHX-LT)
**Sent:** Monday, June 15, 2020 11:19 AM
**To:** Steven Hunt
**Cc:** Petrovsky, Lisa M. (OfCnl-LA-LT); Linn, Diane J. (Secy-PHX-LT)
**Subject:** RE: Infoneuro Group, et al. v. Aetna

Steve:

Thanks. Sorry to hear about the car accident. I hope you and everyone involved are doing ok.

We will put together a draft Stipulation and form of Order for review.

**Jon T. Neumann**
Shareholder
Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

---

**From:** Steven Hunt <shuntlaw@sbcglobal.net>
**Sent:** Monday, June 15, 2020 11:14 AM
**To:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>
**Subject:** Re: Infoneuro Group, et al. v. Aetna

***EXTERNAL TO GT***

Jon:

I apologize. I was in a fairly bad car accident and it has diverted my attention. I will get dates shortly. Mid- April dates for trial work for me.

I still plan to answer your meet-and-confer letter demands by July 3. I will talk to you in the next day or two to give you mediation dates that work for us.

Regards,

Steve Hunt
*LAW OFFICES OF STEVEN D. HUNT, a p.c.*
*5252 Orange Avenue, Suite 203A Cypress, California 90630*

*(714) 236-9495 (phone)*

*(714) 236-9493 (fax)*

stevendhunt.com

On Monday, June 15, 2020, 11:05:33 AM PDT, <neumannj@gtlaw.com> wrote:

Steve:

When we last spoke, you promised to get back to us the next day with dates when you and Mr. Uzun are available for an in-person judicial settlement conference in September. We have not heard back from you. Please provide us with available dates as soon as possible. The current deadline to complete the conference is Friday, June 19, and we need to get a stipulation to revise the current Scheduling Order filed asap.

In addition, you agreed to provide us with a substantive response to my May 13, 2020 meet-and-confer letter within 30 days of our call, *i.e.* by July 3, 2020. Please confirm that we can expect a response on or before that date. As I explained during the call, if we do not receive a response by that date, Aetna will have no choice but to seek recourse from the Court, including sanctions.

Finally, as to the revised Scheduling Order, we propose to ask the Court to move the trial date to early or mid-April 2021 (starting April 6 or 13) and adjust the other dates accordingly. Please let us know if this generally works for you. If so, we will circulate a draft stipulation and proposed order for your consideration.

Thanks,

**Jon T. Neumann**
Shareholder

Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# Exhibit T

**Log of Jon Neumann's Time Entries**
**Related To Aetna's Motion to Compel**

| Date | Hours | Amount | Description |
|---|---|---|---|
| 8/6/20 | 2.9 | 1,261.50 | Revise and edit draft Motion to Compel and Aetna's portions of Joint Stipulation. |
| 8/17/20 | 0.1 | 43.50 | Email correspondence with S. Hunt regarding failure of Plaintiffs to respond to Joint Stipulation on Motion to Compel prior to deadline. |
| 8/18/20 | 0.6 | 261.00 | Multiple email correspondence with S. Hunt regarding his belated request to meet and confer regarding Aetna's Motion to Compel. |
| 8/21/20 | 0.3 | 130.50 | Preparation for meet-and-confer telephone conference with S. Hunt. |
| 8/21/20 | 0.2 | 87.00 | Dial-in for telephone conference with S. Hunt, along with L. Petrovsky—S. Hunt failed to join call. |
| 8/21/20 | 0.4 | 174.00 | Email correspondence with S. Hunt regarding timing of Motion to Compel filing and request for Plaintiffs' position regarding confidentiality of deposition excerpts attached to Motion to Compel. |
| 8/21/20 | 0.9 | 391.50 | Revise and edit new portions of Motion to Compel and Declaration in support of same to include Plaintiffs continued failure to meet-and-confer or keep promised obligations. |
| 8/21/20 | 1.8 | 783.00 | Multiple email correspondence with S. Hunt regarding his failure to dial-in for telephone conference, status and history of discovery dispute, and Aetna's determination to proceed with Motion to Compel. |
| **Total** | **7.2** | **$3,132.00** | |

# Exhibit U

**Petrovsky, Lisa M. (OfCnl-LA-LT)**

| | |
|---|---|
| **From:** | Neumann, Jon T. (Shld-PHX-LT) |
| **Sent:** | Friday, August 21, 2020 11:15 AM |
| **To:** | Steven Hunt |
| **Cc:** | Petrovsky, Lisa M. (OfCnl-LA-LT); Linn, Diane J. (Secy-PHX-LT) |
| **Subject:** | RE: InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel |
| **Attachments:** | EX B - 2018.12.12 Khalifa Deposition Excerpts.pdf; EX J - 2018.12.11 Happer Deposition Excerpts.pdf; EX I - 2018.10.18 Uzun Deposition Excerpts.pdf |

Steve:

Lisa and I dialed in for our scheduled call today at 11:00 PDT, but you did not join. We will file the Motion to Compel on Monday at 1:00 PDT. If Plaintiffs wish to insert their position in the Stipulation, please have that it us no later than noon on Monday.

Also, please confirm that Plaintiffs do not consider the attached deposition excerpts to be confidential. The transcripts were designated as confidential by agreement of the parties because of the potential that they would contain PHI, but there is no PHI in any of the attached excerpts, so we see no basis for confidentiality.

**Jon T. Neumann**
Shareholder
Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

---

**From:** Steven Hunt <shuntlaw@sbcglobal.net>
**Sent:** Tuesday, August 18, 2020 12:07 PM
**To:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>
**Subject:** Re: InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel

Jon:

I will revisit the exhibits. I began to read them yesterday when I got your email, but I had some trouble downloading them, and I had to attend to an MSJ opposition. I will look them over now that I can give them my attention. Can we talk on Friday late morning?

Regards,

Steve Hunt
*LAW OFFICES OF STEVEN D. HUNT, a p.c.*
*5252 Orange Avenue, Suite 203A Cypress, California 90630*

*(714) 236-9495 (phone)*

*(714) 236-9493 (fax)*

stevendhunt.com

On Tuesday, August 18, 2020, 12:02:47 PM PDT, neumannj@gtlaw.com <neumannj@gtlaw.com> wrote:

Steve:

The history of the discovery disputes and our meet-and-confer efforts are all set forth in the motion, and the letters are attached as exhibits.

If you want to meet and confer, please let me know your availability on Thursday or Friday.

**Jon T. Neumann**
Shareholder

Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

**From:** Steven Hunt <shuntlaw@sbcglobal.net>
**Sent:** Tuesday, August 18, 2020 10:53 AM
**To:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>
**Subject:** Re: InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel

Jon:

What meet and confer letter are you speaking of. I thought we had complied with everything we discussed. I admit, things have gotten a bit jumbled because of pandemic related challenges in my office, but which letter are you talking about? Overall, I am of the mind to give you whatever you want. I would just like to wait until after the mediation date. Because it all may be moot.

Please englighten me.

Regards,

Steve Hunt
*LAW OFFICES OF STEVEN D. HUNT, a p.c.*
*5252 Orange Avenue, Suite 203A Cypress, California 90630*

*(714) 236-9495 (phone)*

*(714) 236-9493 (fax)*

stevendhunt.com

On Tuesday, August 18, 2020, 10:42:36 AM PDT, neumannj@gtlaw.com <neumannj@gtlaw.com> wrote:

Steve:

Unfortunately, we have already spent a great deal of our client's money drafting a motion to compel because you failed to respond to my meet-and-confer letter as promised. We can discuss an amiable resolution, but we are not going to be able to accept much (if anything) less than what is requested in the motion. Also, our client is going to have to approve of any deal, given that we already drafted a motion. Unfortunately, she is going to be out of the office until the middle of next week.

Are you available for a call on Thursday or Friday? If so, we can see if we can work out a deal that I can recommend to our client when she returns.

Very truly yours,

**Jon T. Neumann**
Shareholder

Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

---

**From:** Steven Hunt <shuntlaw@sbcglobal.net>
**Sent:** Monday, August 17, 2020 3:56 PM
**To:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>
**Subject:** Re: InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel

***EXTERNAL TO GT***

Jon:

I emailed you this morning on this issue to try to work it out with you informally. I have not heard back from you. I have been completely dedicated today preparing an opposition to a Motion for Summary Judgment in another case today. Can you give me a call tomorrow so that we can work out this issue amicably?

I hope to hear from you tomorrow.

Regards,

Steve Hunt
*LAW OFFICES OF STEVEN D. HUNT, a p.c.*
*5252 Orange Avenue, Suite 203A Cypress, California 90630*

*(714) 236-9495 (phone)*

*(714) 236-9493 (fax)*

stevendhunt.com

On Monday, August 17, 2020, 06:38:38 AM PDT, neumannj@gtlaw.com <neumannj@gtlaw.com> wrote:

Steve:

The deadline for Plaintiffs to insert their portion of the Joint Stipulation was Friday (8/14). We did not receive Plaintiffs insert, nor have we heard anything from you. Please advise whether Plaintiffs intend to respond. If we do not hear back from you today, we will have no choice but to file Defendants' motion and indicate that we have not heard back from you.

Very truly yours,

**Jon T. Neumann**
Shareholder

Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

---

**From:** Petrovsky, Lisa M. (OfCnl-LA-LT)
**Sent:** Friday, August 7, 2020 2:54 PM
**To:** Steven Hunt <shuntlaw@sbcglobal.net>
**Cc:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>; Linn, Diane J. (Secy-PHX-LT) <linnd@gtlaw.com>
**Subject:** InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel

Steve,

Attached please find a draft of Aetna's portion of its LR 37-2.1 Joint Stipulation seeking an order compelling Plaintiffs to produce a witness prepared to testify on topics 1-9, 19-22, 28-30, and 38 in Aetna's Rule 30(b)(6) Notice and to produce handwriting exemplars completed by Plaintiffs' witnesses Dr. Guven Uzun, Gladys Happer, and Grace Khalifa, and for sanctions against Plaintiffs for Aetna's attorney's fees and costs incurred in taking the deposition of Ms. Grace Khalifa and

against Plaintiffs and counsel for Aetna's expenses incurred in bringing this Motion. In accordance with LR 37-2.2, the declarations and exhibits to be offered in support of Aetna's motion are also attached.

As you can see, the specific amount Aetna is seeking in sanctions is not included as we waiting on information to compute those numbers, including invoices from our former firm. We will provide you with the exact figures as soon as possible.

With regard to the deposition excerpts included as exhibits, please confirm your agreement that these may be submitted without filing a motion to seal. While the respective transcripts were designated as confidential, none of the testimony cited by Aetna includes any PHI nor anything that could otherwise be considered subject to sealing under the Local Rules.

Per LR 37-2.2, please return Plaintiffs' portion of the Stipulation and any declarations and exhibits in support thereof to us within 7 days (by August 14). We need to notice the motion for a Tuesday at 9:30 am (Judge Chooljian's regular motion day) at least 21 days after the filing of the motion. As such, please let us know your availability on September 8 and/or September 15.

Thank you,

**Lisa M. Petrovsky**
Of Counsel

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7843 | F +1 310.586.7800
petrovskyl@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**Petrovsky, Lisa M. (OfCnl-LA-LT)**

| | |
|---|---|
| **From:** | Neumann, Jon T. (Shld-PHX-LT) |
| **Sent:** | Friday, August 21, 2020 11:34 AM |
| **To:** | Steven Hunt |
| **Cc:** | Petrovsky, Lisa M. (OfCnl-LA-LT); Linn, Diane J. (Secy-PHX-LT) |
| **Subject:** | RE: InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel |

Steve:

Unfortunately, this is just another in a series of disregarded deadlines and unkept promises. Even if you had timely joined our call, given our long history with your clients' disregard of their discovery obligations, we cannot reasonably expect that your client would follow through on any agreement that we reach with regard to the pending discovery issues. At this point, our client has roughly $30k invested in the motion to compel and related discovery, and we are going to file the motion. We need the Court to enter an order to require compliance.

Please let us know your clients' position regarding the confidentiality of the deposition excerpts asap, and get Plaintiffs' insert to us by Monday at noon.

**Jon T. Neumann**
Shareholder
Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

---

**From:** Steven Hunt <shuntlaw@sbcglobal.net>
**Sent:** Friday, August 21, 2020 11:14 AM
**To:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>
**Subject:** Re: InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel

I had some trouble dialing in. I am in the meeting now.

Steve Hunt
*LAW OFFICES OF STEVEN D. HUNT, a p.c.*
*5252 Orange Avenue, Suite 203A Cypress, California 90630*

*(714) 236-9495 (phone)*

*(714) 236-9493 (fax)*

stevendhunt.com

On Tuesday, August 18, 2020, 12:02:47 PM PDT, neumannj@gtlaw.com <neumannj@gtlaw.com> wrote:

Steve:

The history of the discovery disputes and our meet-and-confer efforts are all set forth in the motion, and the letters are attached as exhibits.

If you want to meet and confer, please let me know your availability on Thursday or Friday.

**Jon T. Neumann**
Shareholder

Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

---

**From:** Steven Hunt <shuntlaw@sbcglobal.net>
**Sent:** Tuesday, August 18, 2020 10:53 AM
**To:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>
**Subject:** Re: InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel

Jon:

What meet and confer letter are you speaking of. I thought we had complied with everything we discussed. I admit, things have gotten a bit jumbled because of pandemic related challenges in my office, but which letter are you talking about? Overall, I am of the mind to give you whatever you want. I would just like to wait until after the mediation date. Because it all may be moot.

Please englighten me.

Regards,

Steve Hunt
*LAW OFFICES OF STEVEN D. HUNT, a p.c.*
*5252 Orange Avenue, Suite 203A Cypress, California 90630*

*(714) 236-9495 (phone)*

*(714) 236-9493 (fax)*

stevendhunt.com

On Tuesday, August 18, 2020, 10:42:36 AM PDT, neumannj@gtlaw.com <neumannj@gtlaw.com> wrote:

Steve:

Unfortunately, we have already spent a great deal of our client's money drafting a motion to compel because you failed to respond to my meet-and-confer letter as promised. We can discuss an amiable resolution, but we are not going to be able to accept much (if anything) less than what is requested in the motion. Also, our client is going to have to approve of any deal, given that we already drafted a motion. Unfortunately, she is going to be out of the office until the middle of next week.

Are you available for a call on Thursday or Friday? If so, we can see if we can work out a deal that I can recommend to our client when she returns.

Very truly yours,

**Jon T. Neumann**
Shareholder

Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

**From:** Steven Hunt <shuntlaw@sbcglobal.net>
**Sent:** Monday, August 17, 2020 3:56 PM
**To:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>
**Subject:** Re: InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel

***EXTERNAL TO GT***

Jon:

I emailed you this morning on this issue to try to work it out with you informally. I have not heard back from you. I have been completely dedicated today preparing an opposition to a Motion for Summary Judgment in another case today. Can you give me a call tomorrow so that we can work out this issue amicably?

I hope to hear from you tomorrow.

Regards,

Steve Hunt
*LAW OFFICES OF STEVEN D. HUNT, a p.c.*
*5252 Orange Avenue, Suite 203A Cypress, California 90630*

*(714) 236-9495 (phone)*

*(714) 236-9493 (fax)*

stevendhunt.com

On Monday, August 17, 2020, 06:38:38 AM PDT, neumannj@gtlaw.com <neumannj@gtlaw.com> wrote:

Steve:

The deadline for Plaintiffs to insert their portion of the Joint Stipulation was Friday (8/14). We did not receive Plaintiffs insert, nor have we heard anything from you. Please advise whether Plaintiffs intend to respond. If we do not hear back from you today, we will have no choice but to file Defendants' motion and indicate that we have not heard back from you.

Very truly yours,

**Jon T. Neumann**
Shareholder

Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

---

**From:** Petrovsky, Lisa M. (OfCnl-LA-LT)
**Sent:** Friday, August 7, 2020 2:54 PM
**To:** Steven Hunt <shuntlaw@sbcglobal.net>
**Cc:** Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>; Linn, Diane J. (Secy-PHX-LT) <linnd@gtlaw.com>
**Subject:** InfoNeuro Group, et al. v. Aetna - LR 37-2.1 Joint Stipulation re Aetna's Motion to Compel

Steve,

Attached please find a draft of Aetna's portion of its LR 37-2.1 Joint Stipulation seeking an order compelling Plaintiffs to produce a witness prepared to testify on topics 1-9, 19-22, 28-30, and 38 in Aetna's Rule 30(b)(6) Notice and to produce handwriting exemplars completed by Plaintiffs' witnesses Dr. Guven Uzun, Gladys Happer, and Grace Khalifa, and for sanctions against Plaintiffs for Aetna's attorney's fees and costs incurred in taking the deposition of Ms. Grace Khalifa and against Plaintiffs and counsel for Aetna's expenses incurred in bringing this Motion. In accordance with LR 37-2.2, the declarations and exhibits to be offered in support of Aetna's motion are also attached.

As you can see, the specific amount Aetna is seeking in sanctions is not included as we waiting on information to compute those numbers, including invoices from our former firm. We will provide you with the exact figures as soon as possible.

With regard to the deposition excerpts included as exhibits, please confirm your agreement that these may be submitted without filing a motion to seal. While the respective transcripts were designated as confidential, none of the testimony cited by Aetna includes any PHI nor anything that could otherwise be considered subject to sealing under the Local Rules.

Per LR 37-2.2, please return Plaintiffs' portion of the Stipulation and any declarations and exhibits in support thereof to us within 7 days (by August 14). We need to notice the motion for a Tuesday at 9:30 am (Judge Chooljian's regular motion day) at least 21 days after the filing of the motion. As such, please let us know your availability on September 8 and/or September 15.

Thank you,

**Lisa M. Petrovsky**
Of Counsel

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7843 | F +1 310.586.7800
petrovskyl@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# Exhibit V

## Linn, Diane J. (Secy-PHX-LT)

**From:** Neumann, Jon T. (Shld-PHX-LT)
**Sent:** Monday, August 24, 2020 1:21 PM
**To:** Steven Hunt
**Cc:** Petrovsky, Lisa M. (OfCnl-LA-LT); Linn, Diane J. (Secy-PHX-LT)
**Subject:** RE: Aetna's Motion to Compel

**Categories:** Aetna/Infoneuro

Steve:

We have not received Plaintiffs' insert to the Joint Stipulation, so we are proceeding with filing Aetna's Motion.

Likewise, you have not responded to our request for Plaintiffs' position regarding the deposition excerpts. You have been on notice of our position that the deposition excerpts are not confidential since August 7th, and we see no basis to file the excerpts under seal, so we intend to file them in the public record.

Very truly yours,

**Jon T. Neumann**
Shareholder
Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

---

**From:** Neumann, Jon T. (Shld-PHX-LT)
**Sent:** Saturday, August 22, 2020 3:30 PM
**To:** 'Steven Hunt' <shuntlaw@sbcglobal.net>
**Cc:** Petrovsky, Lisa M. (OfCnl-LA-LT) <petrovskyl@gtlaw.com>; Diane Linn - Steptoe & Johnson LLP (linnd@gtlaw.com) <linnd@gtlaw.com>
**Subject:** RE: Aetna's Motion to Compel

Attached are the full transcripts of the depositions.

**Jon T. Neumann**
Shareholder
Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

**From:** Neumann, Jon T. (Shld-PHX-LT)
**Sent:** Friday, August 21, 2020 5:33 PM
**To:** 'Steven Hunt' <shuntlaw@sbcglobal.net>
**Cc:** Petrovsky, Lisa M. (OfCnl-LA-LT) <petrovskyl@gtlaw.com>; Diane Linn - Steptoe & Johnson LLP (linnd@gtlaw.com) <linnd@gtlaw.com>
**Subject:** RE: Aetna's Motion to Compel

Steve:

While I am doing my best to sympathize with your situation, this is just the most recent in a long series of failures to follow through on something you told us you were going to do with regard to the pending discovery dispute and other issues.

- You appeared in this action in mid-November 2019, and the parties agreed to forestall the discovery issues addressed in this Motion while they attempted to reach resolution of this matter through a judicial settlement conference.

- Due largely to the COVID-19 pandemic, the judicial settlement conference has been rescheduled several times, and it is currently set to proceed on September 22nd. Fact discovery is set to close on October 23, 2020.

- I sent a detailed letter to you on May 13, 2020 that identified the discovery issues raised by this Motion, provided Aetna's position on those issues, and specified the terms of the discovery order to be sought.

- On June 3, 2020, we participated in a telephone conference with my colleague Lisa Petrovsky that was intended to be the prefiling conference of counsel in accordance with Local Rule 37-1. During this conference, you were not able to provide a substantive response to either of the discovery issues addressed in this Motion and outlined in Aetna's May 13, 2020 letter but assured me that he would provide a substantive response by July 3, 2020.

- On June 15, 2020, I sent an email to you to confirm that you still intended to provide a substantive response to Aetna's May 13, 2020 letter by July 3, 2020; you again confirmed that a substantive response would be forthcoming by July 3, 2020.

- To date, you have not provided any response to the discovery issues raised in this Motion and outlined in my May 13, 2020 letter.

You are the fifth lawyer to represent Plaintiffs in this matter. Unfortunately, I have heard the same complaints about Dr. Uzun from all of your predecessors, and I fully expect he is a significant portion of the problem. On several occasions you have promised to submit a settlement demand to Aetna, but no demand has been forthcoming. I continue to believe that Dr. Uzun has a completely unrealistic view of Plaintiffs' position in the litigation and a wholly unrealistic view of a reasonable settlement. I therefore have very little hope that the matter will settle at the Judicial Settlement Conference on September 22nd. At this point, in the interests of our client, we need to move forward with the motion to compel. We simply do not have time to wait until after the Judicial Settlement Conference to see what happens.

As to sanctions, I think our motion makes clear that we are not seeking sanctions from you based on things that occurred prior to your involvement.

As requested in my two prior emails of today, please confirm that Plaintiffs do not consider the attached deposition excerpts to be confidential. The transcripts were designated as confidential by agreement of the parties because of the potential that they would contain PHI, but there is no PHI in any of the attached excerpts, so we see no basis for confidentiality.

Finally, as to the Joint Stipulation:

- On August 7, 2020, my colleague Lisa Petrovsky emailed a copy of Aetna's portion of its Local Rule 37-2 Joint Stipulation to you (as permitted by the Rules), and asked that Plaintiffs return their portion of the Stipulation by August 14, 2020. We received no "out-of-office" email and had no way of knowing you were not in the office.

- Having not received Plaintiffs' portion of the Stipulation by the deadline (or any other communication from you), I emailed you on August 17, 2020 to ask whether Plaintiffs intended to respond.

- In the days following, we exchanged emails in which you asked to meet and confer, and I reminded you of Plaintiffs' previous failures to respond to Aetna's meet and confer efforts as to the two issues addressed in Aetna's Stipulation (as described above). We nonetheless agreed to set a call to meet and confer for earlier today.

- Lisa and I dialed in at the appointed time, and waited approximately 10 minutes, but you did not dial in or otherwise contact us.

- We then hung up, and I sent an email to inform you we would proceed with the motion to compel – at which point you informed me that you were having difficulty dialing in.

- Given the long history of disregarded deadlines and unkept promises, I informed you that we were nonetheless proceeding with the motion. Even if we were able to reach an accord on how to handle the discovery disputes, we have no confidence that Plaintiffs would abide by the agreement, and we see no option but to proceed with the motion and obtain a court order.

As previously stated, based on the foregoing we intend to file the Motion to Compel at 1:00 PDT on Monday. To the extent that you intend to do so, please provide Plaintiffs' insert to the Joint Stipulation to us no later than noon on Monday.

Very truly yours,

**Jon T. Neumann**
Shareholder
Admitted in AZ, CA, NM and NV

Greenberg Traurig, LLP
2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016
T 602 445 8411 | C 602 751 3829
neumannj@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

**From:** Steven Hunt <shuntlaw@sbcglobal.net>
**Sent:** Friday, August 21, 2020 11:53 AM
**To:** Petrovsky, Lisa M. (OfCnl-LA-LT) <petrovskyl@gtlaw.com>; Neumann, Jon T. (Shld-PHX-LT) <neumannj@gtlaw.com>
**Subject:** Aetna's Motion to Compet

***EXTERNAL TO GT***

Counsel:

I received your email regarding our attempts to meet and confer on the issues outlined in your Motion to Compel. You set a conference call time for 11:00, on Friday morning. At 11:00 I began trying to call into that number, but had difficulty connecting. I tried to call you both on your direct landlines but only got your voicemail. I was finally able to connect with the conference host at 11:10 but neither of you were there. Thereafter I called both of your direct lines and left messages. I also sent both of you an email telling you that I had been able to connect to the conference host and was waiting for you to call in. I waited on the conference line until 11:30, at which time I hung up.

Thereafter I saw Mr. Neumann's email. I understand that you intend to file your Motion. I would still like to meet and confer about it. I wish to assist you in any way I can to accomplish the discovery you need to complete your preparation for trial in this matter. I do take issue with you seeking sanctions against me personally, because your complaints took place when prior counsel handled this matter.

Additionally, despite numerous efforts on my part, I still am not in possession of the entire file. I do not have any of the deposition transcripts referenced in your motion to compel, so I am left only with the excerpts attached as exhibits thereto. I have asked Mr. Garner for those records. He insists that he gave everything in his possession either to me or to his client. I have asked Dr. Uzun for those records. He insists he has given me everything that Mr. Garner transferred to him. I am at a loss as to how to obtain these records so that I may more intelligently address your contentions in your deposition.

If I take everything you state as true, the events leading to up to your Motion did not happen while I was counsel of record. Likewise, the depositions in question took place long before I was associated with this matter. Any deficiencies there are not related on my mal- or mis-feasance. As such, a demand for sanctions against me is inappropriate.

I request that you hold this matter in abeyance until after the mediation. I continue to hope that we can resolve the case then, and I am working on making that possible.

Lastly, I was on vacation with my wife for our 30th wedding anniversary on August 7 when Ms. Petrovsky emailed the proposed Stipulation. I did not have staff in the office during that time, because of pandemic related issues. I did not see it until after her deadline and I received Mr. Neumann's email that the deadline had passed.

To reiterate, I am still hoping to resolve these discovery issues with you informally, and I look forward to having meaningful settlement discussions with you at the upcoming mediation.

I request that your kindly set aside some time to discuss this matter with me directly at your earliest opportunity.

Regards,

Steve Hunt
*LAW OFFICES OF STEVEN D. HUNT, a p.c.*
*5252 Orange Avenue, Suite 203A* Cypress, *California 90630*

*(714) 236-9495 (phone*)

*(714) 236-9493 (fax)*

stevendhunt.com